■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISAAC HERNANDEZ, Respondent, v STEPHEN DALSHEIM, as Superintendant of Ossining Correctional Facility, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES RYAN, Respondent, v NEW YORK STATE BOARD OF PAROLE et al., Appellants.—Motion by appellants for leave to appeal to the Court of Appeals from so much of an order of this court dated April 30, 1979, as affirmed two judgments of the Supreme Court, Westchester County, both dated August 30, 1978. Motion granted. In our opinion, questions of law have arisen which ought to be reviewed. Damiani, J. P., Suozzi, Lazer and Rabin, JJ., concur.